**Edwin CRUZ, Plaintiff–Appellant,**

v.

**UNNAMED DEFENDANTS; M. Harrison, Correctional Officer, Red Onion State Prison; W. Fuller, Correctional Officer, Red Onion State Prison; J. Sykes, Defendants–Appellees.**

No. 02–7135.

United States Court of Appeals, Fourth Circuit.

Submitted March 12, 2003.

Decided March 26, 2003.

Edwin Cruz, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Edwin Cruz appeals the district court's order entering judgment pursuant to the jury's verdict. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cruz v. Unnamed Defendants*, No. CA–01–95–7 (W.D.Va. June 21, 2002). We deny Cruz's motion for transfer to another correctional facility. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*